**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andres MELENDEZ–MARTINEZ, Also Known as Andres Martinez–Holguin, Defendant–Appellant.**

**No. 11–50192**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Nov. 4, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Dusty Gallivan, Dusty Gallivan Law Firm, Odessa, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Andres Melendez–Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Melendez–Martinez has not filed a response. We have reviewed the brief and relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from

---

further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.